James K. Newbold, Respondent, v. George F. Fish, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The People of the State of New York on Complaint of Carmine R. Pugliese, Respondent, v. Hagbard Ekerold, Appellant.— Judgment affirmed. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Laughlin and Clarke, JJ., dissented.

Henry Siegel, Appellant, v. Henry Nechols and Another, Respondents. — Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Kate Dickinson Sweetser, Appellant, v. The Curtis Publishing Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; Clarke, J., dissented.

Annie Anderson, as Administratrix, etc., Appellant, v. The New York, New Haven and Hartford Railroad Company, Impleaded, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Ethel Brennan, as Administratrix, etc., Appellant, v. Interborough Rapid Transit Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Adolph Feld, as Administrator, etc., Respondent, v. Knickerbocker Ice Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke, and Scott, JJ.

Joseph Corn, Plaintiff, v. Abraham Suderov, Defendant.—Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Emma M. Fischer, Respondent, v. William A. Moore, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Fred Christ, Respondent, v. George W. Linch, as Receiver of the Second Avenue Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Constantino Lapreta, Appellant, v. John T. Brady & Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

E. Louis Jacobs, Appellant, v. Jacob C. Weeks and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.